IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON PUGH,<br>AIS # 00212315,<br>　　Petitioner,<br><br>v.<br><br>CHRISTOPHER GORDY,<br>*Correctional Warden III*,<br>*Bibb Correctional Facility*,<br>　　Respondent. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:22-00322-KD-N<br>)<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc# 73) entered January 7, 2026, under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. Gen. L.R. 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner **JASON PUGH**'s operative petition for a writ of habeas corpus under 28 U.S.C. § 2254 in this action is **DENIED** and **DISMISSED with prejudice**, and that Pugh is not entitled to a Certificate of Appealability in relation to this final adverse order.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the **12th** day of **February 2026.**

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**